25/14257

RETURN OF SERVICE

PERSON TO BE SERVED:  RECEIPT NUMBER: 0002922-25

REGISTERED AGENT
ANAS ACCOUNTING SERVICES CORPORATION
100 WALLACE AVE SUITE 245
SARASOTA FL 34237

PLAINTIFF: CODY COULTON ET AL
DEFENDANT: VINCENT GAETANO LOMBARDI ET AL
TYPE WRIT: SUMMONS/ COMPLAINT FOR VIOLATIONS OF FED SECURITIES LAWS, CIVIL RICO, AND MICHIGAN STATUTORY AND MICHIGAN STAT AND COMMON LAW/ EXHIBITS

COURT: EASTERN DIST OF MI
CASE #: 25-13911
COURT DATE:
COURT TIME:

Received the above-named writ on December 15, 2025, at 7:33 AM, and (SERVED)/ NONSERVED the same on the __17__ day of __Dec__, 20_25_, at _10:50_ (AM)/ PM, in SARASOTA County, Florida, as follows:

✓ CORPORATE
By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to-wit: __Abele Abubo__

____ as _____ of the within named corporation in the absence of any higher ranking officer as defined in Chapter 48.081(1), Florida Statutes.

____ as registered agent of the within named corporation according to Chapter 48.081(3) and 48.091, Florida Statutes.

✓ as an employee of the within named corporation at said corporation's place of business because service could not be made on the registered agent for failure to comply with Chapter 48.091, Florida Statutes after the provisions as set forth in Chapter 48.081(3), Florida Statutes have been met.

____ NOT FOUND
By returning said writ unserved for the reason that after due diligence to locate, the above named person could not be found in SARASOTA County, Florida.

SERVICE COST: $40.00
LC, CIVIL CLERK

KURT A. HOFFMAN, SHERIFF
SARASOTA COUNTY, FLORIDA

BY: _____
[ ] DEPUTY SHERIFF   [✓] PROCESS SERVER

MAIL TO:
MICHAEL CHEHAB
38410 WESTCHESTER RD
STERLING HEIGHTS MI 48310

__Rose M____ D93__
PRINT NAME    ID#

DEPUTY WORKSHEET

ASSIGNED TO:  RECEIPT NUMBER: 0002922-25

PERSON TO BE SERVED:  DATE: 12/15/2025

```
REGISTERED AGENT
ANAS ACCOUNTING SERVICES CORPORATION
100 WALLACE AVE SUITE 245
SARASOTA FL 34237
```

PLAINTIFF: CODY COULTON ET AL
 -VS-
DEFENDANT: VINCENT GAETANO LOMBARDI ET AL

TYPE WRIT: SUMMONS/ COMPLAINT FOR VIOLATIONS OF FED SECURITIES LAWS, CIVIL RICO, AND MICHIGAN STAUTORY AND MICHIGAN STAT AND COMMON LAW/ EXHIBITS

COURT: EASTERN DIST OF MI  COURT DATE:
CASE #: 25-13911  COURT TIME:

ATTEMPTED SERVICE INFORMATION

| DATE | TIME | COMMENTS / NOTES | ID# |
|---|---|---|---|
| 12/16 | 11:30 | NTA | 1793 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

[ ] WINGS   [ ] GOOGLE   [ ] DAVID   [ ] FINDER

LC, CIVIL CLERK   [ ] SERVED   [ ] NONSERVED