UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CODY COULTON, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>VINCENT GAETANO LOMBARDI,<br>et al.,<br><br>    Defendant(s). | Case No. 25-cv-13911<br><br>Honorable Robert J. White |

## ORDER GRANTING PLAINTIFFS' MOTION FOR ALTERNATE SERVICE OF PROCESS

This matter having come before the Court on Plaintiffs' Motion for Alternate Service of Process upon Defendant Vincent Gaetano Lombardi and Defendants Sarasota Paver Sealing Pros LLC, SEO Company Sarasota LLC, and Ultimate Kayak SRQ LLC, (ECF No. 6), and the Court having reviewed the Motion, Brief in Support, and accompanying Exhibits, for the reasons stated below, Plaintiffs' motion is GRANTED.

Plaintiffs have exercised due diligence in attempting to serve Defendant Vincent Gaetano Lombardi, who serves as registered agent for the three aforementioned corporate defendants with the same residential address as Lombardi, by conventional means, including: (a) four personal service attempts by a certified

process server at Defendant's self-verified residence; (b) United States Postal Services confirmed verification of "no change in address," (c) certified mail, return receipt requested, which was not been accepted, (d) "refusal" of counsel's pre-complaint certified mail; (e) regular mail at the same address, per Defendant direction, which remains unacknowledged; and (f) Defendant has actual knowledge of this litigation through communications with Plaintiffs' counsel.

Federal Rule of Civil Procedure 4(e)(1) permits service by methods authorized under state law. Michigan Court Rule 2.105(J) authorizes the Court to permit service "in any other manner reasonably calculated to give the defendant actual notice" when service cannot reasonably be made by standard methods. The constitutional standard requires that service be "reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action." *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950). The proposed methods satisfy this standard.

Accordingly, it is ORDERED that Plaintiffs' Motion for Alternate Service of Process (ECF No. 6) is GRANTED.

It is further ORDERED that Plaintiffs are DIRECTED to effectuate service of the Summons, Complaint, and this Order upon Defendant VINCENT GAETANO LOMBARDI, individually, and on the Corporate Defendants, SARASOTA PAVER

SEALING PROS LLC, SEO COMPANY SARASOTA LLC, and ULTIMATE KAYAK SRQ LLC, through their registered agent Vincent Lombardi by:

    (1) text message to (941) 354-8361;

    (2) email to Vincentlombardisrq@gmail.com; and

    (3) posting at 3310 Barstow Street, Sarasota, Florida 34235.

    SO ORDERED.

Dated: January 29, 2026                  s/Robert J. White
                                            Robert J. White
                                            United States District Judge