**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

Cody Coulton, et al.,
Plaintiffs,

v. Case No. 2:25-cv-13911
Hon. Robert J. White

Vincent Gaetano Lombardi, et al.,
Defendants.

**DEFENDANT JASON MORROW'S MOTION TO DISMISS**

**PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(6)**

Defendant Jason Morrow ("Morrow"), appearing **pro se**, respectfully moves this Court for an Order dismissing all claims against him pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). Accordingly, dismissal at the pleading stage is appropriate.

**LOCAL RULE 7.1(a)(1) STATEMENT**

Pursuant to E.D. Mich. LR 7.1(a)(1), Defendant states that concurrence from Plaintiffs' counsel was not sought because Defendant was recently served and files this motion within the time allowed by the Federal Rules of Civil Procedure.

**I. INTRODUCTION**

The Complaint names Jason Morrow without alleging specific facts showing that he controlled, directed, or materially participated in the alleged conduct at issue.

Plaintiffs rely on generalized allegations and online community association rather than plausible factual content. The Complaint does not allege that Morrow:

- held any ownership or managerial role,
- exercised operational authority,
- received compensation, or
- purposefully directed conduct toward Michigan.

Because Plaintiffs fail to establish personal jurisdiction and fail to state a plausible claim, dismissal is required.

## II. LACK OF PERSONAL JURISDICTION

**(Fed. R. Civ. P. 12(b)(2))**

Morrow resides in Indiana and lacks sufficient contacts with Michigan to justify the exercise of personal jurisdiction.

Plaintiffs do not allege that Morrow:

- conducted business in Michigan,
- maintained offices or property in Michigan,
- entered into agreements in Michigan, or
- specifically targeted Michigan residents.

Mere participation in globally accessible online platforms, without more, does not constitute purposeful availment. See *Walden v. Fiore*, 571 U.S. 277 (2014).

Because Plaintiffs fail to establish minimum contacts, the Court lacks personal jurisdiction over Morrow.

## III. FAILURE TO STATE A CLAIM

**(Fed. R. Civ. P. 12(b)(6))**

Under *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), a complaint must contain sufficient factual matter to state a plausible claim.

The Complaint does not allege facts showing that Morrow:

- created or controlled any project,
- had decision-making authority,
- managed funds or digital assets,
- possessed insider information, or
- received financial benefit.

Instead, Plaintiffs rely on conclusory allegations that are insufficient as a matter of law.

The Complaint's allegations against Morrow amount to impermissible group pleading that fails to provide fair notice of specific conduct attributable to him individually.

## IV. LIMITED COMMUNITY PARTICIPATION DOES NOT ESTABLISH LIABILITY

Any alleged involvement by Morrow consisted solely of ordinary online community participation and limited volunteer moderation of user behavior.

Such conduct does not establish control, agency, or participation in alleged wrongdoing and is insufficient to sustain claims against him.

## V. CONCLUSION

For the foregoing reasons, Defendant Jason Morrow respectfully requests that the Court dismiss all claims against him with prejudice.

**Respectfully submitted,**

Jason Morrow
222 Equestrian Drive
Lafayette, IN 47905
765-532-0256
[Jason.printworks3d@gmail.com](mailto:Jason.printworks3d@gmail.com)

Defendant, Pro Se

Dated:  February 25 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I served a copy of Defendant Jason Morrow's Motion to Dismiss upon Plaintiffs' counsel at:

Michael Chehab
mchehab@blueoaklawfirm.com

via electronic mail and/or the Court's CM/ECF system, if applicable.

Jason Morrow

Dated:   February 25, 2026

**[PROPOSED] ORDER GRANTING DEFENDANT JASON MORROW'S MOTION TO DISMISS**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

**Case No. 2:25-cv-13911**

**Cody Coulton, et al.,**

**Plaintiffs,**

**v.**

**Vincent Gaetano Lombardi, et al.,**

**Defendants.**

**ORDER GRANTING DEFENDANT JASON MORROW'S MOTION TO DISMISS**

Upon review of Defendant Jason Morrow's Motion to Dismiss and the record in this case, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Jason Morrow's Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that all claims asserted against Defendant Jason Morrow are DISMISSED WITH PREJUDICE.

SO ORDERED.

_____

Hon. Robert J. White

United States District Judge


Date: _____