UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cody Coulton, et al.,

                Plaintiff(s),

v.                                       Case No. 2:25−cv−13911−RJW−EAS
                                        Hon. Robert J. White

Vincent Gaetano Lombardi, et al.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Ultimate Kayak SRQ, LLC

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        KINIKIA D. ESSIX, CLERK OF COURT

                                        By: s/ M Chryczyk
                                                Deputy Clerk

Dated:  March 2, 2026